**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**REGINALD C. WHITEFOOT,**<br><br>　　　　　　Defendant. | **Case No. CR05-5503**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, CAPT. KEN TYNDAHL; The defendant appears personally and represented by counsel, JEROME KUH;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.

The defendant has:
(X) acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:
　　1. Failing to report to probation within 72 hours of release from custody on August 22, 2006;
　　2. Failing to notify probation at least ten days prior to a change in residence

( ) been found to be in violation of his bond as set forth below after a hearing before the undersigned:

The court having determined that the defendant violated the conditions of supervision, now therefore defendant's supervision is hereby:
( ) continued in effect.
( ) modified as follows:
(X) revoked and defendant is hereby sentenced as follows: 30 DAYS IN CUSTODY; Supervision terminated.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

**March 20, 2007.**

　　　　　　　　　　　　　　　　　　　　 /s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1